**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**
**Criminal Minutes-Sentencing**

**Cov. Cr. 26-14-SCM-CJS** **at COVINGTON** **10/07/2026**

**U.S. vs. LANDAN STRONG**

PRESENT: **HON. S. CHAD MEREDITH, DISTRICT JUDGE**

| **Tiffany Barton** | **Elaine Haberer** | **Elaine K. Leonhard** | **Bradley Jensen** |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney | Law Clerk |

**Marvin Allen Knorr, III**
Attorney for Defendant **X** Present **X** Appointed

The parties appeared for a sentencing hearing as noted. United States Probation Officer Travis Eccles was also present. The Court adopts the Presentence Report and Addendum, including the guideline calculations, prepared by the United States Probation Office as its findings. The PSR and Addendum will be filed under seal in the event of an appeal. The United States' oral motion for the three-level reduction for acceptance of responsibility pursuant to USSG § 3E1.1 is hereby **GRANTED.** The United States' oral motion to dismiss Count 2 of the superseding Indictment and the original Indictment is hereby **GRANTED.** The Court conducted a portion of the hearing under seal. In the event this hearing is transcribed, the sealed portion of the hearing shall be filed in the record under seal.

**X** No objections to the Presentence Report.

**X** Court's Advice of Right to Appeal shall be filed in the record.

**X** Judgment shall be entered (See Judgment and Commitment).

**X** Defendant remanded to the U.S. Marshal Service pending the designation by the Bureau of Prisons.

cc: USA,USPO,USM,COR

Initials of Deputy Clerk: ***TBB***

| TIC | 1 | 20 |
|---|---|---|